# CERTIFICATE OF SERVICE

I, _Steven L. Thomas, Esquire_ (name), certify that service of this summons and a copy of the complaint was made _6/26/2020_ (date) by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  KM Hotels, LLC, Attn: Mayur Patel, Registered Agent
  6627 W Broad St., Ste 300
  Richmond, VA 23230-0000

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _6.26.2020_    Signature: _[signed] Steven L. Thomas_

Print Name: _____

Business Address: _____