IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHER DISTRICT OF WEST VIRGINIA

In re:

**EMERALD GRANDE, LLC**                                    Case No. 1:17-bk-00021

        Debtor.                                                        Chapter 11

_____

**EMERALD GRANDE, LLC**

        Plaintiff,                                                       Adv. Proc. No. 1:20-ap-00028

v.

**KM HOTELS, LLC,**

And

**SAFE HARBOR TITLE COMPANY, LLC,**

        **Defendants**

## ORDER GRANTING EMERALD GRANDE, LLC'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on Plaintiff Emerald Grande, LLC's Motion for Summary Judgment (the "Motion"). Upon consideration of the Motion and the record before the Court, it is hereby ORDERED that Plaintiff Emerald Grande, LLC's Motion for Summary Judgment is GRANTED.

It is further ORDERED that Plaintiff Emerald Grande is granted summary judgment as to KM Hotels, LLC under Count I (breach of contract) and as to Safe Harbor Title Company, LLC under Count II (breach of escrow agreement).

Submitted by:

/s/ Steven L. Thomas
Steven L. Thomas (WVSB # 3738)
Robert L. Bandy (WVSB # 7419)
Kay Casto & Chaney PLLC
P.O. Box 2031
Charleston, West Virginia 25327
Tel:  (304) 345-8900
Fax:  (304) 345-8909
sthomas@kaycasto.com
rbandy@kaycasto.com
    *Counsel to Emerald Grande, LLC*